In the Matter of RALPH B. WATTLEY, Appellant, against STATE RENT COMMISSION et al., Respondents.

Argued October 16, 1952; decided November 20, 1952.

*John F. X. Finn, Norman C. Mendes* and *Carmelo J. Pernicone* for appellant.

*Beatrice Shainswit* and *Robert H. Schaefer* for respondents.

*Robert S. Fougner* for Tenant Owned Apartments Association, *amicus curiæ,* in support of respondents' position.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.